## Worthington *v.* A. G. Rhodes & Son Co.

*Detinue.*

(Decided Nov. 23, 1905, 39 So. Rep. 614.)

Appeal from Montgomery City Court.

Heard before Hon. A. D. Sayre.

George Stowers, for appellant.
L. A. Sanderson, for appellee.

Affirmed.

Opinion by DENSON, J.

HARALSON, DOWDELL & SIMPSON, JJ., concur.